# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Priority \_\_\_\_
Send \_\_\_\_
Enter \_\_\_\_
Closed \_\_\_\_
JS-5/JS-6 \_\_\_\_
Scan Only \_\_\_\_

===================================================================

**CASE NO.:** CV 08-02533 SJO (JTLx)     **DATE:** May 27, 2008

**TITLE:** Writers Guild of America, et al. v. Bathroom boy LLC

===================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Paul Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                                    Not Present

===================================================================

**PROCEEDINGS:**

The parties are advised that **NOTICE OF MOTION AND MOTION FOR ORDER CONFIRMING THE ARBITRATOR'S CORRECTED OPINION AND AWARD AND FOR ENTRY OF JUDGMENT IN CONFORMITY THEREWITH**, scheduled for hearing on June 2, 2008, is taken under submission. Accordingly, the hearing date is vacated. Order will issue.