JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Writers Guild of America, West, Inc., et al.,<br><br>    Petitioners,<br><br>    v.<br><br>Bathroom Boy LLC,<br><br>    Respondent. | NO. CV 08-02533 SJO (JTLx)<br><br>**JUDGMENT CONFIRMING ARBITRATION AWARD** |

It is hereby ORDERED, ADJUDGED, AND DECREED that judgment be entered in this proceeding as follows:

1. The arbitration award in Case No. 04-CO-018, dated July 14, 2007, and executed by Arbitrator Lionel Richman is confirmed in all respects.

2. Respondent is additionally ordered to pay Petitioners' attorney fees of $1,500.00 and costs in the amount of $350.00.

IT IS SO ORDERED.

July 23, 2008                                                    /S/ S. James Otero

　　　　　　　　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE